UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-82001-CIV-MARRA

JENNIFER LYNN CROUSE,

    Plaintiff,

v.

DOLGENCORP, LLC, a foreign
limited liability company
d/b/a DOLLAR GENERAL,

    Defendant.
_____/

## MOTION TO STAY PROCEEDINGS

Plaintiff, JENNIFER LYNN CROUSE, by and through her undersigned counsel and pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.,* files this Motion to Stay Proceedings and states as follows:

1. On December 15, 2016, Plaintiff filed her complaint alleging violations of Florida Civil Rights Act § 760 and Act of 1978, 42 U.S.C. 2000e(k) for pregnancy discrimination.

2. Counsel for Defendant has informed Plaintiff's counsel that Plaintiff signed an Employee Arbitration Agreement (See Agreement attached hereto as Exhibit A).

3. As such, Plaintiff gives notice to the court that she will be filing a demand for arbitration with the American Arbitration Association.

4. Plaintiff's demand will be filed sixty (60) days from the granting of this motion.

5. Plaintiff requests that the court stay this matter pending the outcome of the arbitration at which time the parties will seek to confirm the Order.

WHEREFORE, Plaintiff respectfully request this Honorable Court grant her Motion to

Stay Proceedings pending arbitration of this matter.

Respectfully submitted this 19th day of January 2017

s/Cathleen Scott
Cathleen Scott, Esq.
Florida Bar No. 135331
Primary e-mail: CScott@scottwagnerlaw.com
Secondary e-mail: mail@scottwagnerlaw.com
SCOTT WAGNER & ASSOCIATES, P.A.
Jupiter Gardens
250 South Central Boulevard
Suite 104-A
Jupiter, FL 33458
Telephone:   (561) 653-0008
Facsimile:    (561) 653-0020
Secondary Address:  101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottWagnerLaw.com