UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-82001-CIV-MARRA

JENNIFER LYNN CROUSE

    Plaintiff,

v.

DOLGENCORP, LLC, a foreign
limited liability company
d/b/a DOLLAR GENERAL,

    Defendant.

_____/

**ORDER OF DISMISSAL IN FAVOR OF ARBITRATION**

    THIS CAUSE is before the Court on Plaintiff's Motion to Stay Proceedings pending the outcome of arbitration, filed January 19, 2017 (DE 7). The Court has considered the Motion and is otherwise fully advised in the premises.

    In the Motion, Plaintiff states that she will be filing a demand for arbitration pursuant to the Employee Arbitration Agreement (DE 7-1), which defense counsel apparently provided to Plaintiff's counsel. Plaintiff asks the Court to grant her sixty (60) days from date of this order to file a demand for arbitration. Although Plaintiff seeks a stay of these proceedings pending the outcome of arbitration, the Court exercises its discretion to dismiss the case rather than stay proceedings, since Plaintiff's Motion suggests that all of the claims in the Complaint are subject to arbitration. *See Perera v. H & R Block E. Enters., Inc.*, 914 F. Supp. 2d 1284, 1290 (S.D. Fla. 2012). Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Stay Proceedings pending the outcome of arbitration (DE 7) is **DENIED**. Instead, this case is **DISMISSED WITHOUT PREJUDICE** in favor of arbitration.

2. Plaintiff shall have sixty (60) days from date of this order to file demand for arbitration.

3. The Clerk shall **CLOSE** this case. Any pending motions are **DENIED** as moot.

**DONE AND SIGNED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 24th day of January, 2017.

_____
KENNETH A. MARRA
United States District Judge